UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

IN RE:

LARRY M. MIERA
  dba G&M Electric, Inc.
and
SANDY K. MIERA

     Debtors                                           No. 09-14066-j7

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

    R. Daniel Castille, Esq. hereby enters his appearance in this case on behalf of LOS ALAMOS NATIONAL BANK, and requests copies of all motions, applications, notices and all other pleadings filed in this case.

                                          Respectfully submitted,

                                          /s/ R. Daniel Castille
                                          R. Daniel Castille
                                          In-House Attorney for LANB
                                          1200 Trinity Dr.
                                          Los Alamos, NM 87544
                                          (505) 662-1001
                                          danc@lanb.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed to:

Yvette Gonzales
Bankruptcy Trustee
Post Office Box 1037
Placitas, NM 87043-1037

P. Diane Webb
Attorney for Debtor
Post Office Box 30456
Albuquerque, NM 87190-0456

United States Trustee
P.O. Box 608
Albuquerque, NM 87103-0608

On September 18, 2009                       /s/ R. Daniel Castille
                                                    R. Daniel Castille