UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
LARRY M MIERA & SANDY K MIERA
        Debtors.                                  No. 09-14066-J7

## NOTICE OF APPLICATION BY TRUSTEE TO EMPLOY REAL ESTATE BROKER

**NOTICE IS HEREBY GIVEN** that the Trustee has filed an Application to Employ Real Estate Broker, seeking an order that authorizes her to employ a broker on behalf of the estate. The trustee seeks to hire Kelly Hardison of Coldwell Banker Legacy as a broker for the sale of 9622 Arvada, located in Albuquerque, New Mexico. The broker will pay costs associated with advertising and showing the property. In the event a is consummated and closed, the broker fee would be six percent (6%) of the purchase price, subject approval by the Court.

A copy of the application is on file with the Clerk of the Bankruptcy Court, and may be viewed at 500 Gold Ave., SW, Room 10206, Albuquerque, NM 87103. Parties may view this document from a computer at the clerk's office between 8:30 am and 4:30 pm, through Friday, at no charge. The document can be viewed for a per page fee via the PACER (Public Access to Electronic Court Records) system.

**IF YOU OBJECT TO THE APPLICATION**, you must file an Objection with the Clerk of the United Bankruptcy Court, P.O. Box 546, Albuquerque, NM 87103 **within twenty one (21) days of the of service of this Notice**. If you are an attorney, you must electronically file your objection. You must provide a copy of your objection to Yvette J. Gonzales at the address below.

If objections are timely filed, they will come on for hearing before the Honorable Judge Jacobvitz on notice to the objecting party and the Trustee. If no objections are timely filed, the Court may enter an Order approving the Application to Employ Real Estate Broker for the Estate.

                                          *Submitted electronically*
                                          Yvette J. Gonzales
                                          Trustee
                                          PO Box 1037
                                          Placitas, NM 87043
                                          (505) 771-0700

I hereby certify that a true and correct copy of the foregoing was delivered by US mail with proper postage, and electronic means when available, to all parties at their addresses of record herein. I attached a of the mailing list used in this mailing to the original of this Notice, which is on file with the Court.

Date of Mailing: 1/12/2010_____       *Submitted electronically*
Number of copies: 44                                   Melanie Thompson