UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE:

Larry M. Miera, 2584,
dba G&M Electric, Inc.,
and Sandy K. Miera, 1060,

       Debtor(s).                     Case No. 7 09-14066 JS

## ORDER GRANTING JPMORGAN CHASE BANK, NATIONAL ASSOCIATION MOTION TO ABANDON PROPERTY LOCATED AT 2605 CAMPO VERDE, SANTA FE

THIS MATTER having come before the Court on the Motion to Abandon Property located at 2605 Campo Verde, Santa Fe filed by the Creditor JPMorgan Chase Bank, National Association on September 15, 2011; the Motion to Abandon Property and the Notice of Objection Deadline for Motion to Abandon Property were transmitted to the Debtor(s), attorney for the Debtor(s), and Trustee on September 15, 2011, the objection deadline was October 3, 2011 and the time to file an objection to the Motion has passed, and no objection has been filed or received from the Debtor(s), attorney for the Debtor(s) or Trustee. In compliance with the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, the attorney for the Creditor certifies under penalty of perjury by her signature herein, that she has complied with the Servicemembers Civil Relief Act, through receipt of a response from the Department of Defense Manpower Data Center, which states that Larry M. Miera and Sandy K. Miera are not members of the military service of the United States nor her allies. The Court having considered the Motion and finding that Creditor is entitled to an Order terminating the automatic stay imposed by the filing of the bankruptcy action, and being otherwise advised in the premise;

        IT IS, THEREFORE, THE ORDER OF THIS COURT that the automatic stay imposed by the filing of the above-entitled and numbered cause of action as the same pertains

to the Debtor(s) and to certain property located in the County of Santa Fe, State of New Mexico, and more particularly described as:

> LOT NUMBERED THREE (3) IN BLOCK NUMBERED NINE (9), OF LA PAZ UNIT NO. 1, AN ADDITION TO THE CITY OF SANTA FE, NEW MEXICO, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT OF SAID ADDITION FILED IN THE OFFICE OF THE COUNTY CLERK OF SANTA FE COUNTY, NEW MEXICO ON OCTOBER 23, 1974 AS DOCUMENT NO. 369,482 AND APPEARING IN PLAT BOOK 37 AT PAGES 18 AND 19 ("Property")

and having an address of 2605 Campo Verde, Santa Fe, New Mexico, is hereby modified and the Property is deemed abandoned, and the Creditor, its successors, assigns and/or real party in interest, and any and all junior lienholders are permitted to proceed with foreclosure action in the Judicial District Courts of the State of New Mexico, including the transmittal of any default letter required by the loan documents.

IT IS FURTHER THE ORDER OF THIS COURT that the automatic stay is not modified by this Order to permit JPMorgan Chase Bank, National Association to pursue the collection of any deficiency the Debtor may owe after the property is sold; JPMorgan Chase Bank, National Association may file an amended proof of claim in this bankruptcy case within 30 days after a foreclosure sale should it claim that Debtors owe it any amount after the sale of the Property not satisfied by the sale.

IT IS FURTHER THE ORDER OF THIS COURT that this Order shall retain its effect and validity should this case be converted to another Chapter proceeding, and Creditor shall be able to foreclose its interests in the appropriate Court.

IT IS FURTHER THE ORDER OF THIS COURT that the fourteen (14) day stay requirement of F.R.B.P. 4001(a)(3) is waived.

_____
Robert H. Jacobvitz
U S BANKRUPTCY COURT JUDGE

Entered on Docket Date: 10/13/11

SUBMITTED BY:

SUSAN C. LITTLE & ASSOCIATES, P.A.
By: KAREN H. BRADLEY S/Electronically Submitted/ 10.12.11
Attorney for Creditor
4501 Indian School Road NE, Ste. 101
Albuquerque, New Mexico 87110
Post Office Box 3509
Albuquerque, New Mexico 87190-3509
(505) 254-7767   Fax: (505) 254-4706


FOR INFORMATION PURPOSES ONLY:

Yvette Gonzales
Trustee
PO Box 1037
Placitas, NM  87043-1037

P Diane Webb
Attorney for Debtor(s)
PO Box 30456
Albuquerque, NM 87190-0456

Larry M. Miera
Sandy K. Miera
2605 Campo Verde
Santa Fe, NM 87505


Bankruptcy of Larry M. Miera and Sandy K. Miera; USBC No. 7 09-14066 JS; P/A: 2605 Campo Verde, Santa Fe, NM 87505